## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:06CR221** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **BRANDON WILSON,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion of Shannon P. O'Connor, Assistant Federal Public Defender, to withdraw as counsel for the defendant, Brandon Wilson [19]. Since retained counsel, W. Randall Paragas, has entered an appearance for the defendant [18], the motion to withdraw [19] is granted. Shannon P. O'Connor shall be deemed withdrawn as attorney of record and shall forthwith provide W. Randall Paragas with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 8th day of September, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge